IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RICHARD CARLIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NEZ PERCE COUNTY JAIL; RANDY ) <br> KINGSBURY, Sheriff of the Nez Perce ) <br> County Jail; MAGEE, Sergeant at Nez ) <br> Perce County Jail; DR. JEFFERSON, ) <br> Contract Doctor at Nez Perce County ) <br> Jail; all in their individual and official ) <br> capacities, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. CV04-325-S-EJL <br><br> **JUDGMENT** |

On December 29, 2005, the Court entered an Order dismissing this action without prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED without prejudice.

DATED: **December 29, 2005**

Honorable Edward J. Lodge
U. S. District Judge

**JUDGMENT -1**